1

2

3

4

5                             UNITED STATES DISTRICT COURT

6                                   DISTRICT OF NEVADA

7                                          * * *

8    MICHAEL SANZARO, *et al.*,              )
                                             )
9              Plaintiff,                     )        2:11-cv-1143-PMP-RJJ
                                             )
10   vs.                                      )
                                             )
11   ARDIENTE HOMEOWNERS                      )
     ASSOCIATION, *et al.*,                   )         O R D E R
12                                           )
               Defendant,                     )
13   _____)

14         This matter is before the Court on an Application to Proceed in District Court Without

15   Prepaying Fees or Costs (#1) and a Motion for Appointment of Counsel (#2).

16         The Court having reviewed the Application (#1) and the proposed complaint attached

17   thereto and the Motion (#2) and good cause appearing therefore,

18         IT IS HEREBY ORDERED that a status hearing is scheduled for August 24, 2011, at

19   9:00 AM in courtroom3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas

20   Blvd. So., Las Vegas, Nevada.

21         IT IS FURTHER ORDERED that only Plaintiffs, Deborah Sanzaro and Michael Sanzaro,

22   are required to appear in Court for this hearing. Plaintiffs are advised that failure to appear for

23   this hearing may result in a recommendation that this case be dismissed.

24         IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the

25   Plaintiffs by certified mail, return receipt requested.

26         DATED this  _21st_  day of July, 2011.

27

28         _____
           ROBERT J. JOHNSTON
           United States Magistrate Judge