UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEBORAH SANZARO and MICHAEL SANZARO,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ARDIENTE HOMEOWNERS ASSOCIATION, LLC, A NEVADA NON-PROFIT CORPORATION; SCOTT HARRIS, Declarant and former Ardiente HOA Board Member, CORONA ARDIENTE LLC, Declarant; SHEA HOMES LLC, Declarant; JAMES MARSH and LINDA KEMPER former Ardiente HOA Board Presidents; MARGO HUGHEN, present Ardiente HOA Board President; RYAN SMITH, Ardiente HOA Board Member; LAURY PHELPS, former community Manager and employee; RMI MANAGEMENT LLC; KEVIN WALLACE, Law Firm of LEACH JOHNSON SONG & GRUCHOW; JOHN LEACH<br><br>　　　　　Defendants. | 2:11-CV-01143-PMP-RJJ<br><br>**ORDER** |

Defendants' Leach Johnson Song &Gruchow, and John Leach's Motion to Dismiss (Doc. #9), joined by the remaining Defendants in this action (Doc. #11), is fully briefed and clearly demonstrates Defendants' entitlement to the relief requested

not only because Defendants are not state actors but because the Ardiente Homeowners Association Clubhouse is private property, and not a place of public accommodations.

Moreover, the core issue in this case is whether Plaintiff Deborah Sanzaro should be permitted to have her Chihuahua dog, Angel, accompany her as a "service dog" into the Ardiente Homeowners Association Clubhouse. This question is being fully litigated in the Eighth Judicial District Court, State of Nevada. Disposition of that case will have preclusive effect on the issues before this Court.

**IT IS THEREFORE ORDERED that** Defendants' Leach Johnson Song &Gruchow, and John Leach's Motion to Dismiss (Doc. #9), joined by the remaining Defendants in this action (Doc. #11) is **GRANTED**.

**IT IS FURTHER ORDERED that** Plaintiffs' Motion for a Court Order to Declare that the Ardiente Homeowners Association's Clubhouse is a Place of Public Accommodation and for other Orders regarding Plaintiff's Disability and Her Service Animal (Doc. #13) is **DENIED**.

**IT IS FURTHER ORDERED that** Plaintiffs' Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. #24) is **DENIED**.

DATED: November 17, 2011.

_____
PHILIP M. PRO
United States District Judge

2