1

2

3

4

5

UNITED STATES DISTRICT COURT

6

DISTRICT OF NEVADA

7

\* \* \*

8

DEBORAH SANZARO and  )
MICHAEL SANZARO,  )                    2:11-CV-01143-PMP-RJJ

9                                      )
                                       )          **ORDER**

10              Plaintiffs,            )
                                       )

11    vs.                              )
                                       )

12    ARDIENTE HOMEOWNERS              )
      ASSOCIATION, LLC, A NEVADA       )

13    NON-PROFIT CORPORATION;          )
      SCOTT HARRIS, Declarant and former )

14    Ardiente HOA Board Member,       )
      CORONA ARDIENTE LLC, Declarant; )

15    SHEA HOMES LLC, Declarant;       )
      JAMES MARSH and LINDA            )

16    KEMPER former Ardiente HOA Board )
      Presidents; MARGO HUGHEN, present )

17    Ardiente HOA Board President; RYAN )
      SMITH, Ardiente HOA Board Member; )

18    LAURY PHELPS, former community   )
      Manager and employee; RMI        )

19    MANAGEMENT LLC; KEVIN            )
      WALLACE, Law Firm of LEACH       )

20    JOHNSON SONG & GRUCHOW;          )
      JOHN LEACH                       )

21                                     )
                                       )

22              Defendants.            )
                                       )

23    _____  )

24          Defendants' Leach Johnson Song &Gruchow, and John Leach's Motion to

25    Dismiss (Doc. #9), joined by the remaining Defendants in this action (Doc. #11), is

26    fully briefed and clearly demonstrates Defendants' entitlement to the relief requested

1   not only because Defendants are not state actors but because the Ardiente

2   Homeowners Association Clubhouse is private property, and not a place of public

3   accommodations.

4          Moreover, the core issue in this case is whether Plaintiff Deborah Sanzaro

5   should be permitted to have her Chihuahua dog, Angel, accompany her as a "service

6   dog" into the Ardiente Homeowners Association Clubhouse.  This question is being

7   fully litigated in the Eighth Judicial District Court, State of Nevada.  Disposition of

8   that case will have preclusive effect on the issues before this Court.

9          **IT IS THEREFORE ORDERED that** Defendants' Leach Johnson Song

10  &Gruchow, and John Leach's Motion to Dismiss (Doc. #9), joined by the remaining

11  Defendants in this action (Doc. #11) is **GRANTED**.

12         **IT IS FURTHER ORDERED that** Plaintiffs' Motion for a Court Order to

13  Declare that the Ardiente Homeowners Association's Clubhouse is a Place of Public

14  Accommodation and for other Orders regarding Plaintiff's Disability and Her

15  Service Animal (Doc. #13) is **DENIED**.

16         **IT IS FURTHER ORDERED that** Plaintiffs' Application to Proceed in

17  District Court Without Prepaying Fees or Costs (Doc. #24) is **DENIED**.

18

19  DATED:  November 17, 2011.

20

21  _____

22  PHILIP M. PRO
    United States District Judge

23

24

25

26

2