UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEBORAH SANZARO and MICHAEL SANZARO, | 2:11-CV-01143-PMP-RJJ |
| Plaintiffs, | **ORDER** |
| vs. | |
| ARDIENTE HOMEOWNERS ASSOCIATION, LLC, *et al.,* | |
| Defendants. | |

Before the Court for consideration are Plaintiffs' fully briefed Motions for District Judge to Reconsider Order by Plaintiffs Deborah Sanzaro and Michael Sanzaro (Doc. #35), for Hearing on Motion for Reconsideration by Plaintiffs Deborah Sanzaro and Michael Sanzaro (Doc. #36) and for Recusal of District Judge by Plaintiffs Deborah Sanzaro and Michael Sanzaro (Doc. #37). For the reasons set forth in Defendants' Responses (Docs. #38 & #39), the Court finds that Plaintiffs' Motions must be denied.

Specifically, Plaintiffs have not only failed to timely seek recusal of the undersigned, but it failed to state a cognizable basis for the relief requested. Additionally, Plaintiffs have shown no change in controlling authority or new evidence which would warrant reconsideration under Rule 60(b) of the Federal

Rules of Civil Procedure.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motions for District Judge to Reconsider Order by Plaintiffs Deborah Sanzaro and Michael Sanzaro (Doc. #35), for Hearing on Motion for Reconsideration by Plaintiffs Deborah Sanzaro and Michael Sanzaro (Doc. #36) and for Recusal of District Judge by Plaintiffs Deborah Sanzaro and Michael Sanzaro (Doc. #37) are **DENIED**.

DATED:  December 27, 2011.

_____
PHILIP M. PRO
United States District Judge