UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| DEBORAH SANZARO and MICHAEL SANZARO, | ) ) ) | 2:11-CV-01143-PMP-RJJ |
|---|---|---|
| Plaintiffs, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| ARDIENTE HOMEOWNERS ASSOCIATION, LLC, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

The Court having read and considered Plaintiffs' Motion for Reconsideration (Doc. #45) and Defendants' Response in Opposition thereto (Doc. #49), and finding no good cause presented to warrant reconsideration, and good cause appearing,

**IT IS ORDERED** that Plaintiffs' Reconsideration (Doc. #45) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Disqualify the Undersigned Judge (Doc. #46) is **DENIED** without prejudice to Plaintiffs to renew the same following resolution of Plaintiffs' pending appeal of this case before the United States Court of Appeals for the Ninth Circuit.

DATED: February 16, 2012.

_____
PHILIP M. PRO
United States District Judge