UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEBORAH SANZARO and MICHAEL SANZARO,<br><br>Plaintiffs,<br><br>vs.<br><br>ARDIENTE HOMEOWNERS ASSOCIATION, LLC, *et al.*,<br><br>Defendants. | 2:11-CV-01143-PMP-RJJ<br><br>**ORDER** |

The Court having read and considered Plaintiffs' Motion for Reconsideration (Doc. #45) and Defendants' Response in Opposition thereto (Doc. #49), and finding no good cause presented to warrant reconsideration, and good cause appearing,

**IT IS ORDERED** that Plaintiffs' Reconsideration (Doc. #45) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Disqualify the Undersigned Judge (Doc. #46) is **DENIED** without prejudice to Plaintiffs to renew the same following resolution of Plaintiffs' pending appeal of this case before the United States Court of Appeals for the Ninth Circuit.

DATED: February 16, 2012.

_____
PHILIP M. PRO
United States District Judge