UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DEBORAH SANZARO and MICHAEL SANZARO,

          Plaintiffs,

v.

ARDIENTE HOMEOWNERS ASSOCIATION LLC, et al.,

          Defendants.

2:11-CV-1143-PMP-RJJ

ORDER

      Having read and considered Plaintiffs' Motion for Judge Philip M. Pro to Recuse Himself as the Presiding Judge in this Case (Doc. #59), Defendants' Oppositions (Doc. #61, #62), and Plaintiffs' Reply (Doc. #63),

      IT IS ORDERED that Plaintiffs' Motion for Judge Philip M. Pro to Recuse Himself as the Presiding Judge in this Case (Doc. #59) is hereby DENIED.

DATED:  May 28, 2013

_____
PHILIP M. PRO
United States District Judge