UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEBORAH SANZARO and MICHAEL SANZARO,<br><br>Plaintiffs,<br><br>v.<br><br>ARDIENTE HOMEOWNERS ASSOCIATION LLC, et al.,<br><br>Defendants. | 2:11-CV-1143-PMP-RJJ<br><br>ORDER |

Having read and considered Plaintiffs' Motion for Judge Philip M. Pro to Recuse Himself as the Presiding Judge in this Case (Doc. #59), Defendants' Oppositions (Doc. #61, #62), and Plaintiffs' Reply (Doc. #63),

IT IS ORDERED that Plaintiffs' Motion for Judge Philip M. Pro to Recuse Himself as the Presiding Judge in this Case (Doc. #59) is hereby DENIED.

DATED: May 28, 2013

_____
PHILIP M. PRO
United States District Judge