1

2

3

4                          UNITED STATES DISTRICT COURT

5                                DISTRICT OF NEVADA

6                                      * * *

DEBORAH SANZARO and MICHAEL          )
7   SANZARO,                              )
                                         )
8            Plaintiffs,                  )        2:11-CV-01143-PMP-CWH
                                         )
9   v.                                    )
                                         )
10  ARDIENTE HOMEOWNERS                   )        **ORDER**
    ASSOCIATION LLC, et al.,              )
11                                        )
             Defendants.                  )
12  _____ )

13          Presently before the Court is Plaintiffs Deborah and Michael Sanzaro's Motion

14  for Reconsideration (Doc. #113), filed May 2, 2014.  Defendants John Leach and Leach

15  Johnson Song & Gruchow filed an Opposition (Doc. #114) on May 19, 2014.  Plaintiffs

16  filed a Reply (Doc. #117) on May 30, 2014.

17          Plaintiffs move the Court to reconsider its Order (Doc. #111) entered on March

18  21, 2014, in which the Court denied Defendants' Motion to Dismiss Michael Sanzaro (Doc.

19  #69), amended Plaintiffs' Complaint (Doc. #78), and denied Plaintiffs' Motion that

20  Defendants' Committed Fraud Upon This Court (Doc. #73).  Plaintiffs seek reinstatement

21  of all causes of action in their original Complaint, which the Court dismissed on November

22  18, 2011.  (Order (Doc. #33).)  Plaintiffs previously moved for reconsideration and

23  rehearing of that dismissal, and the Court denied those motions.  (Pls.' Mot. Recons. (Doc.

24  #35); Pls.' Mot. Reg'g (Doc. #36); Order (Doc. #41).)  On appeal, the United States Court

25  of Appeals for the Ninth Circuit affirmed this Court's denial of Plaintiffs' motions for relief

26  from judgment, and vacated this Court's rulings only as to Plaintiffs' claims under the FHA

and ADA.  (Mem. (Doc. #55).)  Even if this Motion was timely and was not repetitive of a previously denied motion, Plaintiffs have not identified any mistake, intervening change in controlling law, or other factor that would require granting Plaintiffs relief from this Court's prior rulings.  See Fed. R. Civ. P. 60(b).

         **IT IS THEREFORE ORDERED** that Plaintiffs Deborah and Michael Sanzaro's Motion for Reconsideration (Doc. #113) is hereby **DENIED**.

DATED: June 5, 2014

                                       PHILIP M. PRO
                                       United States District Judge