UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEBORAH SANZARO, et al., | ) |
| Plaintiffs, | ) 2:11-cv-01143-RFB-CWH ) |
| vs. | ) ) |
| ARDIENTE HOMEOWNERS ASSOCIATION, LLC, et al., | ) ) ) |
| Defendants. | ) ) |

This matter is before the Court on Plaintiffs' Emergency Motion to Compel (#135) and Emergency Motion to Extend Discovery (#134), both filed July 25, 2014.

**1. Motion to Extend Discovery**

The Court has reviewed the motion and finds good cause for the requested extension, except that the Court agrees there is no need to extend the deadline to amend the pleadings or add parties. Plaintiff is not precluded from filing a motion to amend the pleadings or add parties, which would be reviewed under the standards set forth in *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183 (9th Cir. 1987) and its progeny.

**2. Motion to Compel**

Plaintiffs' motion to compel references twelve discovery responses for which Plaintiff seeks to compel responses, but the specific requests and responses are not set forth (or attached) to the motion. The local rules provide that "[a]ll motions to compel discovery or for protective order shall set forth in full the text of the discovery originally sought and the response thereto, if any." LR 26-7(a).

Based on the foregoing and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs' Emergency Motion to Compel (#135) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that Plaintiffs' Emergency Motion to Extend (#134) is **granted**. The Scheduling Order is modified as follows:

1. Discovery Cutoff — November 15, 2014
2. Expert Designations — September 16, 2014
3. Rebuttal Expert Designations — September 16, 2014
4. Dispositive Motions — December 15, 2014

DATED: July 28, 2014.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge