1

2

3

4                          UNITED STATES DISTRICT COURT

5                               DISTRICT OF NEVADA

6                                     * * *

7    DEBORAH SANZARO, et al.,          )
                                       )        2:11-cv-01143-RFB-CWH
8                     Plaintiffs,      )
                                       )
9    vs.                               )
                                       )
10   ARDIENTE HOMEOWNERS               )
     ASSOCIATION, LLC, et al.,         )
11                                     )
                      Defendants.      )
12   _____)

13          This matter is before the Court on Defendants' Motion to Amend/Correct (#143), filed

14   August 26, 2014.  Citing what appears to be a clerical error, Defendants request that the current

15   deadline to disclose rebuttal experts be moved to October 16, 2014, which is thirty (30) days after

16   the initial expert disclosure deadline.  The Court agrees that there appears to have been a clerical

17   error and will move the rebuttal expert deadline as requested, which is consistent with both the

18   Federal Rules and Local Rules.  *See* Fed. R. Civ. P. 26(a)(2)(D)(ii); Local Rule 26-1(e)(3).

19   Accordingly,

20          **IT IS HEREBY ORDERED** that Defendants' Motion to Amend/Correct (#143) is

21   **granted**.

22          **IT IS FURTHER ORDERED** that the Rebuttal Expert Disclosure Deadline is extended

23   to **October 16, 2014**.  All other dates in the Scheduling Order remain the same.

24          DATED: August 27, 2014.

25

26

27   _____
     C.W. Hoffman, Jr.
28   United States Magistrate Judge