LIPSON NEILSON COLE SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ. (BAR NO. 6653)
KALEB D. ANDERSON, ESQ. (BAR NO. 7582)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
(702) 382-1500 Phone
(702) 382-1512 Fax
jgarin@lipsonneilson.com
kanderson@lipsonneilson.com

Attorneys for Defendants Ardiente Homeowners Association LLC, Scott Harris, Corona Ardiente LLC, James Marsh, Linda Kemper, Margo Hughen, Ryan Smith, Laury Phelps, RMI Management LLC, and Kevin Wallace

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH SANZARO, and MICHAEL SANZARO,<br><br>Plaintiffs<br><br>v.<br><br>ARDIENTE HOMEOWNERS ASSOCIATION, LLC, a Nevada Non-Profit Corporation, SCOTT HARRIS, Declarant and former Ardiente HOA Board Member; CORONA ARDIENTE, LLC, Declarant; SHEA HOMES LLC, Declarant; JAMES MARSH and LINDA KEMPER past Ardiente HOA Board Presidents, MARGO HUGHEN, present Ardiente HOA Board President; RYAN SMITH, Ardiente HOA Board Member; LAURY PHELPS, former Community Manager; RMI MANAGEMENT LLC; KEVIN WALLACE, Law Firm of LEACH JOHNSON SONG & GRUCHOW; JOHN LEACH and DOES 1 through 10,<br><br>Defendants. | CASE NO.: 2:11-cv-1143-RFB-CWH<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED between Plaintiffs in proper person, DEBORAH SANZARO and MICHAEL SANZARO, and Defendants, JAMES MARSH and LINDA KEMPER by and through their undersigned counsel, that the above-entitled action shall be dismissed with prejudice against Defendants JAMES MARSH and LINDA KEMPER only, with each party to bear their own respective attorney's fees and costs.

Dated: February 24, 2015

By: /s/ Deborah Sanzaro
Deborah Sanzaro
3609 Inverness Grove Ave.
North Las Vegas, NV 89081

Dated: February 23, 2015

By: /s/ Michael Sanzaro
Michael Sanzaro
3609 Inverness Grove Ave.
North Las Vegas, NV 89081

///

Dated: March 2, 2015

LIPSON, NEILSON, COLE, SELTZER & GARIN

By: /s/
JOSEPH P. GARIN, ESQ. (BAR NO. 6653)
KALEB D. ANDERSON, ESQ. (BAR NO. 7582)
9900 Covington Cross Dr., Ste. 120
Las Vegas, NV 89144
(702) 382-1500 Phone
(702) 382-1512 Fax
jgarin@lipsonneilson.com
kanderson@lipsonneilson.com
*Attorneys for Defendants Ardiente Homeowners Association, Scott Harris, Corona Ardiente LLC, James Marsh, Linda Kemper, Margo Hughen, Ryan Smith, Laury Phelps, RMI Management, and Kevin Wallace*

*Sanzaro v. Ardiente Homeowners Association, et al.*
Case No.: 2:11-cv-1143-RFB-CWH
Stipulation and Order of Dismissal with Prejudice

## ORDER OF DISMISSAL

Based on the foregoing stipulation of the parties, it is hereby ORDERED that the above case is dismissed, with prejudice, as against Defendants JAMES MARSH and LINDA KEMPER only, with each party to bear their own respective attorney's fees and costs.

IT IS SO ORDERED.

Dated this __5th__ day of __MARCH__, 2015.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**

Respectfully submitted by:

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By:_____
JOSEPH P. GARIN, ESQ. (BAR NO. 6653)
KALEB D. ANDERSON, ESQ. (BAR NO. 7582)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
(702) 382-1500 Phone
(702) 382-1512 Fax
jgarin@lipsonneilson.com
kanderson@lipsonneilson.com

Attorneys for Defendants Ardiente Homeowners Association LLC, Scott Harris, Corona Ardiente LLC, James Marsh, Linda Kemper, Margo Hughen, Ryan Smith, Laury Phelps, RMI Management LLC, and Kevin Wallace