LEACH JOHNSON SONG & GRUCHOW
NICOLE GURALNY, ESQ.
Nevada Bar No. 7727
CHASE PITTSENBARGER, ESQ.
Nevada Bar No. 13740
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
nguralny@leachjohnson.com
Telephone:    (702) 538-9074
Facsimile:    (702) 538-9113
*Attorneys for Defendants*
*Leach Johnson Song & Gruchow and John Leach*

## UNITED STATES DISTRICT COURT

### For the District of Nevada

| | |
|---|---|
| DEBORAH SANZARO and MICHAEL SANZARO,<br><br>Plaintiffs,<br><br>vs.<br><br>ARDIENTE HOMEOWNERS ASSOCIATION LLC, a Nevada Non-Profit Corporation; SCOTT HARRIS, Declarant and former Ardiente HOA Board Member; CORONA ARDIENTE LLC, Declarant; SHEA HOMES LLC, Declarant; JAMES MARSH and LINDA KEMPER past Ardiente HOA Board Presidents; MARGO HUGHEN, present Ardiente HOA Board President; RYAN SMITH, Ardiente HOA Board Member, LAURY PHELPS, former Community Manager; RMI MANAGEMENT LLC; KEVIN WALLACE; Law Firm of LEACH JOHNSON SONG & GRUCHOW; JOHN LEACH and DOES 1 through 10.<br><br>Defendants. | Case No.:    2:11-CV-1143-RFB-CWH<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED between Plaintiffs in proper person, DEBORAH SANZARO and MICHAEL SANZARO, and Defendants, LEACH JOHNSON SONG & GRUCHOW and JOHN E. LEACH, by and through their undersigned counsel, that the above-entitled action shall be dismissed with prejudice against Defendants LEACH JOHNSON SONG & GRUCHOW and JOHN E. LEACH only, with each party to bear their own respective

///

attorney's fees and costs.

DATED this 17th day of May, 2016.

LEACH JOHNSON SONG & GRUCHOW

By: _____
NICOLE GURALNY, ESQ.
Nevada Bar No. 7727
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
Telephone:    (702) 538-9074
Facsimile:     (702) 538-9113
*Attorney for Defendants Leach Johnson Song & Gruchow and John Leach*

DATED this 9th day of May, 2016.

DEBORAH SANZARO

By: _____
DEBORAH SANZARO
3609 Inverness Grove Ave.
North Las Vegas, NV 89081
*Plaintiff in Proper Person*

DATED this 9th day of May, 2016.

MICHAEL SANZARO

By: _____
MICHAEL SANZARO
3609 Inverness Grove Ave.
North Las Vegas, NV 89081
*Plaintiff in Proper Person*

## ORDER

IT IS SO ORDERED.

DATED: May 19, 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted by,

**LEACH JOHNSON SONG & GRUCHOW**

By: _____
NICOLE GURALNY, Esq.
Nevada Bar No. 7727
CHASE PITTSENBARGER, ESQ.
Nevada Bar No. 13740
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
*Attorneys for Leach Johnson Song & Gruchow and John Leach*

-2-