LIPSON NEILSON COLE SELTZER & GARIN, P.C.
KALEB D. ANDERSON, ESQ. (BAR NO. 7582)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
(702) 382-1500 Phone
(702) 382-1512 Fax
jgarin@lipsonneilson.com
kanderson@lipsonneilson.com

Attorneys for Defendants Ardiente Homeowners Association LLC,
Scott Harris, Corona Ardiente LLC,Margo Hughen,
Ryan Smith, Laury Phelps, RMI Management LLC,
and Kevin Wallace

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

DEBORAH SANZARO, and
MICHAEL SANZARO,

        Plaintiffs

v.

ARDIENTE HOMEOWNERS ASSOCIATION,
LLC, et al.,

_____

AND ALL RELATED CROSS -ACTIONS
_____

CASE NO.: 2:11-cv-1143-RFB-CWH

**STIPULATION AND ORDER TO
CONTINUE TRIAL DATE**

**(FIRST REQUEST)**

IT IS HEREBY STIPULATED between Plaintiffs in proper person, DEBORAH SANZARO and MICHAEL SANZARO, and Defendants, by and through their undersigned counsel, that the trial date in the above-entitled action, currently set for **September 26, 2016**, shall be vacated and reset by the Court pursuant to this Stipulation.

As Required by LR 6.1(b), the parties provide the court with the following information:

On August 30, 2016, Plaintiff DEBORAH SANZARO underwent surgery on her foot and a portion of her heel bone was removed. Recovery will take at least six weeks, and during that time she will require in-home health care, will have an IV PICC line in her arm, and will have a vacuum machine attached to her leg. Preparing for, and sitting through trial, in this condition will be an extreme hardship for Ms. Sanzaro. In addition, Ms. Sanzaro's mother recently

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500; Facsimile: (702) 382-1512

suffered from two strokes and is now on hospice care, and Ms. Sanzaro is involved in her mother's end-of-life care.

Further, at least one of the parties and witnesses for the defense are unavailable on the date currently selected for trial in this matter.

Wherefore, the Plaintiffs and Defendants stipulate that the Court allow a continuance of the trial date for the above-stated reasons.

Dated: August 31 _____, 2016

By: _____
Deborah Sanzaro
3609 Inverness Grove Ave.
North Las Vegas, NV 89081

Dated: Aug 31, 2016

By: _____
Michael Sanzaro
3609 Inverness Grove Ave.
North Las Vegas, NV 89081

Dated: _____, 2016

WOOD, SMITH, HENNING & BERMAN, LLP

By: _____
Jason C. Gless (Bar No. 8469)
7674 West Lake Mead Boulevard, Suite 150
Las Vegas, NV 89128
JGless@wshblaw.com
Attorneys for Defendant J.F. Shea Co., Inc.

Dated: _____, 2016

LIPSON, NEILSON, COLE, SELTZER & GARIN

By: _____
Kaleb D. Anderson, Esq. (Bar No. 7582)
9900 Covington Cross Dr., Ste. 120
Las Vegas, NV 89144
kanderson@lipsonneilson.com
Attorneys for Defendants Ardiente Homeowners Association, Scott Harris, Corona Ardiente LLC, Margo Hughen, Ryan Smith, Laury Phelps, RMI Management, and Kevin Wallace

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500; Facsimile: (702) 382-1512

-2-

suffered from two strokes and is now on hospice care, and Ms. Sanzaro is involved in her mother's end-of-life care.

Further, at least one of the parties and witnesses for the defense are unavailable on the date currently selected for trial in this matter.

Wherefore, the Plaintiffs and Defendants stipulate that the Court allow a continuance of the trial date for the above-stated reasons.

Dated: _____, 2016

By: _____
Deborah Sanzaro
3609 Inverness Grove Ave.
North Las Vegas, NV 89081

Dated: _____, 2016

By: _____
Michael Sanzaro
3609 Inverness Grove Ave.
North Las Vegas, NV 89081

Dated: September 1, 2016

WOOD, SMITH, HENNING & BERMAN, LLP

By: _/s/ Jason Gless, Esq._____
Jason C. Gless (Bar No. 8469)
7674 West Lake Mead Boulevard, Suite 150
Las Vegas, NV 89128
JGless@wshblaw.com
*Attorneys for Defendant J.F. Shea Co., Inc.*

Dated: September 1, 2016

LIPSON, NEILSON, COLE, SELTZER & GARIN

By: _/s/ Kaleb Anderson, Esq._____
Kaleb D. Anderson, Esq. (Bar No. 7582)
9900 Covington Cross Dr., Ste. 120
Las Vegas, NV 89144
kanderson@lipsonneilson.com
*Attorneys for Defendants Ardiente Homeowners Association, Scott Harris, Corona Ardiente LLC, Margo Hughen, Ryan Smith, Laury Phelps, RMI Management, and Kevin Wallace*

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500; Facsimile: (702) 382-1512

-2-

*Sanzaro v. Ardiente Homeowners Association, et al.*
Case No.: 2:11-cv-1143-RFB-CWH
Stipulation and Order to Continue Trial Date

### ORDER

Based on the foregoing stipulation of the parties, IT IS ORDERED that the trial set for September 26, 2016 in the above case is vacated and reset to <u>Feburary 6, 2017</u> at <u>9:30 AM.</u>  IT IS FURTHER ORDERED that Calendar call is set for <u>January 31, 2017</u> at <u>1:30 PM</u>.

DATED this <u>2nd</u> day of <u>September</u>, 2016.



_____
**RICHARD F. BOULWARE, II**
**United States District Judge**

Respectfully submitted by:

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: *<u>/s/ Kaleb Anderson</u>*
    KALEB D. ANDERSON, ESQ. (BAR NO. 7582)
    9900 Covington Cross Dr., Suite 120
    Las Vegas, NV 89144
    (702) 382-1500 Phone
    (702) 382-1512 Fax
    kanderson@lipsonneilson.com

Attorneys for Defendants Ardiente Homeowners Association LLC, Scott Harris, Corona Ardiente LLC, James Marsh, Linda Kemper, Margo Hughen, Ryan Smith, Laury Phelps, RMI Management LLC, and Kevin Wallace

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500; Facsimile: (702) 382-1512

-3-