LIPSON NEILSON COLE SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ. (BAR NO. 6653)
KALEB D. ANDERSON, ESQ. (BAR NO. 7582)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
(702) 382-1500 Phone
(702) 382-1512 Fax
jgarin@lipsonneilson.com
kanderson@lipsonneilson.com

Attorneys for Defendants Ardiente Homeowners Association LLC,
Scott Harris, Corona Ardiente LLC, Margo Hughen,
Ryan Smith, Laury Phelps, RMI Management LLC,
and Kevin Wallace

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH SANZARO, and<br>MICHAEL SANZARO,<br><br>  Plaintiffs<br><br>v.<br><br>ARDIENTE HOMEOWNERS ASSOCIATION,<br>LLC, a Nevada Non-Profit Corporation, SCOTT<br>HARRIS, Declarant and former Ardiente HOA<br>Board Member; CORONA ARDIENTE, LLC,<br>Declarant; SHEA HOMES LLC, Declarant;<br>JAMES MARSH and LINDA KEMPER past<br>Ardiente HOA Board Presidents, MARGO<br>HUGHEN, present Ardiente HOA Board<br>President; RYAN SMITH, Ardiente HOA Board<br>Member; LAURY PHELPS, former Community<br>Manager; RMI MANAGEMENT LLC; KEVIN<br>WALLACE, Law Firm of LEACH JOHNSON<br>SONG & GRUCHOW; JOHN LEACH and<br>DOES 1 through 10,<br><br>  Defendants. | CASE NO.: 2:11-cv-1143-RFB-CWH<br><br>**STIPULATION AND ORDER OF<br>DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED between Plaintiffs in proper person, DEBORAH SANZARO and MICHAEL SANZARO, and Defendant, MARGO HUGHEN, by and through her undersigned counsel, that the above-entitled action shall be dismissed with prejudice against Defendant MARGO HUGHEN only, with each party to bear their own respective attorney's fees and costs.

Dated: February 15, 2017

By: *Deborah Sanzaro*
Deborah Sanzaro
3609 Inverness Grove Ave.
North Las Vegas, NV 89081

Dated: February 15, 2017 (MS)

By: *Michael Sanzaro*
Michael Sanzaro
3609 Inverness Grove Ave.
North Las Vegas, NV 89081

Dated: February ____, 2017

WOOD, SMITH, HENNING & BERMAN, LLP

By: *Next page*
Jason C. Gless, Esq.
Nevada Bar No. 8469
7674 West Lake Mead Blvd, Ste 150
Las Vegas, NV 89128
Attorneys for Defendant JF Shea Co., Inc.

Dated: February 24, 2017
LIPSON, NEILSON, COLE, SELTZER & GARIN

By: *[signature]*
JOSEPH P. GARIN, ESQ. (BAR NO. 6653)
KALEB D. ANDERSON, ESQ. (BAR NO. 7582)
9900 Covington Cross Dr., Ste. 120
Las Vegas, NV 89144
(702) 382-1500 Phone
(702) 382-1512 Fax
jgarin@lipsonneilson.com
kanderson@lipsonneilson.com
*Attorneys for Defendants Ardiente Homeowners Association, Scott Harris, Corona Ardiente LLC, Margo Hughen, Ryan Smith, Laury Phelps, RMI Management, and Kevin Wallace*

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500; Facsimile: (702) 382-1512

1  IT IS HEREBY STIPULATED between Plaintiffs in proper person, DEBORAH
2  SANZARO and MICHAEL SANZARO, and Defendant, MARGO HUGHEN, by and through her
3  undersigned counsel, that the above-entitled action shall be dismissed with prejudice against
4  Defendant MARGO HUGHEN only, with each party to bear their own respective attorney's
5  fees and costs.

Dated: February ____, 2017

By: *prior page*
Deborah Sanzaro
3609 Inverness Grove Ave.
North Las Vegas, NV 89081

Dated: February ____, 2015

By: *prior page*
Michael Sanzaro
3609 Inverness Grove Ave.
North Las Vegas, NV 89081

Dated: February____, 2017

WOOD, SMITH, HENNING & BERMAN, LLP

By: **/s/ Jason Gless**
Jason C. Gless, Esq.
Nevada Bar No. 8469
7674 West Lake Mead Blvd, Ste 150
Las Vegas, NV 89128
Attorneys for Defendant JF Shea Co., Inc.

Dated: February____, 2017

LIPSON, NEILSON, COLE, SELTZER
& GARIN

By: *prior page*
JOSEPH P. GARIN, ESQ. (BAR NO. 6653)
KALEB D. ANDERSON, ESQ. (BAR NO. 7582)
9900 Covington Cross Dr., Ste. 120
Las Vegas, NV 89144
(702) 382-1500 Phone
(702) 382-1512 Fax
jgarin@lipsonneilson.com
kanderson@lipsonneilson.com
*Attorneys for Defendants Ardiente Homeowners Association, Scott Harris, Corona Ardiente LLC, Margo Hughen, Ryan Smith, Laury Phelps, RMI Management, and Kevin Wallace*

*Sanzaro v. Ardiente Homeowners Association, et al.*
Case No.: 2:11-cv-1143-RFB-CWH
Stipulation and Order of Dismissal with Prejudice

## ORDER OF DISMISSAL

Based on the foregoing stipulation of the parties, it is hereby ORDERED that the above case is dismissed, with prejudice, as against Defendant MARGO HUGHEN only, with each party to bear their own respective attorney's fees and costs.

IT IS SO ORDERED.

Dated this 27th day of February, 2017.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**

Respectfully submitted by:

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.


By:_____
JOSEPH P. GARIN, ESQ. (BAR NO. 6653)
KALEB D. ANDERSON, ESQ. (BAR NO. 7582)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
(702) 382-1500 Phone
(702) 382-1512 Fax
jgarin@lipsonneilson.com
kanderson@lipsonneilson.com

Attorneys for Defendants Ardiente Homeowners Association LLC, Scott Harris, Corona Ardiente LLC, Margo Hughen, Ryan Smith, Laury Phelps, RMI Management LLC, and Kevin Wallace