LIPSON NEILSON COLE SELTZER & GARIN, P.C.
KALEB D. ANDERSON, ESQ. (BAR NO. 7582)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
(702) 382-1500 Phone
(702) 382-1512 Fax
jgarin@lipsonneilson.com
kanderson@lipsonneilson.com

Attorneys for Defendants Ardiente Homeowners Association LLC,
Scott Harris, Corona Ardiente LLC, Margo Hughen,
Ryan Smith, Laury Phelps, RMI Management LLC,
and Kevin Wallace

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH SANZARO, and MICHAEL SANZARO, <br><br> Plaintiffs <br><br> v. <br><br> ARDIENTE HOMEOWNERS ASSOCIATION, LLC, et al., <br><br><br> AND ALL RELATED ACTIONS | CASE NO.: 2:11-cv-1143-RFB-CWH <br><br> **STIPULATION AND ORDER TO CONTINUE TRIAL DATE** <br><br> **(THIRD REQUEST)** |

IT IS HEREBY STIPULATED between Plaintiffs in Proper Person, DEBORAH SANZARO and MICHAEL SANZARO, and Defendants, by and through their undersigned counsel, that the trial date in the above-entitled action, currently set for January 8, 2018 shall be vacated and reset by the Court pursuant to this stipulation. This is the parties' third stipulation to continue the trial date.

As required by LR 6.1, the parties provide the Court with the following information:

Deborah Sanzaro is suffering from a severe infection in her right foot. She is currently scheduled for surgery on December 14, 2017 to remove all infected bone and tissue from the right foot. For at least 30 days following the surgery, Mrs. Sanzaro will be required to be present daily at a hospital for treatment in a hyper baric chamber in an effort to stave off the return of the infection following the surgery. The treatment lasts two hours every day, but will

result in Mrs. Sanzaro being completely unavailable for half of every day during the treatment. Mrs. Sanzaro has had problems with infections in this foot in the past, and prior treatments have not been successful in keeping the infection at bay. Her doctors have informed her that this is the last possible treatment, and if it is not successful, they will need to remove the lower portion of her right leg.

Due to the nature and timing of the surgery and treatment, especially given the possibility of amputation if not successful, the parties agree that Mrs. Sanzaro's unavailability and the stress of trial are just cause for a continuance of the trial date.

Wherefore, the Plaintiff and Defendants stipulate that the Court allow a continuance of the trial date to the next available date for the above-stated reasons.

Dated this 12th day of December, 2017

*/s/ Michael Sanzaro*
Michael Sanzaro
3609 Inverness Grove Ave.
North Las Vegas, NV 89081
Plaintiff In Pro Per

Dated this 12th day of December, 2017

*/s/ Deborah Sanzaro*
Deborah Sanzaro
3609 Inverness Grove Ave.
North Las Vegas, NV 89081
Plaintiff In Pro Per

Dated this 13th day of December, 2017

WOOD, SMITH, HENNING & BERMAN, LLP

By: _/s/ Jason Gless_
   Jason C. Gless, Esq.
   Nevada Bar No. 8469
   7674 West Lake Mead Blvd, Ste 150
   Las Vegas, NV 89128
   Attorneys for Defendant JF Shea Co., Inc.

Dated this 12th day of December, 2017

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: **/s/ Kaleb Anderson**
   KALEB D. ANDERSON, ESQ.
   Nevada Bar No. 7582
   9900 Covington Cross Dr., Suite 120
   Las Vegas, NV 89144
   Attorneys for Defendants Ardiente Homeowners Association LLC, Scott Harris, Corona Ardiente LLC, Margo Hughen, Ryan Smith, Laury Phelps, RMI Management LLC, and Kevin Wallace

-2-

# ORDER

**IT IS ORDERED** that a pretrial conference is set for March 22, 2018 at 10:00 AM in LV LV Courtroom 7D. **IT IS FURTHER ORDERED** that jury trial set for January 8, 2018 is VACATED and RESET to a Bench trial for April 9, 2018 at 9:30 AM in LV Courtroom 7D.

63F76 fZ[eSS` VVSkaX6VWV TWI S" #) ž

_____
RICHARD F. BOULWARE, II
United States District Judge

Submitted by:

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: */s/ Kaleb Anderson*
 JOSEPH P. GARIN, ESQ.
 Nevada Bar No. 6653
 KALEB D. ANDERSON, ESQ.
 Nevada Bar No. 7582
 9900 Covington Cross Dr., Suite 120
 Las Vegas, NV 89144
 Attorneys for Defendants Ardiente Homeowners Association LLC, Scott Harris, Corona Ardiente LLC, Margo Hughen, Ryan Smith, Laury Phelps, RMI Management LLC, and Kevin Wallace